

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00055-CV

IN RE PEDISON USA, INC.,                                     RELATORS
DICKSON EWEMADE, AND
ROBERT DEROGATIS

------------

## ORIGINAL PROCEEDING
## TRIAL COURT NO. 048-263530-13

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' "petition for writ of mandamus and temporary stay" and is of the opinion that relief should be denied. Accordingly, relators' "petition for writ of mandamus and temporary stay" is denied. The stay previously ordered by this court on February 25, 2015, of the trial court proceedings in cause number 048-263530-13 pending in the 48th District Court of Tarrant County, Texas, is hereby lifted.

PER CURIAM

---

[1]See Tex. R. App. P. 47.4, 52.8(d).

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED:  April 2, 2015